# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.  18-cr-511-PA-1          Date 6/9/22

Title  United States v. David Ortega

Present: The Honorable  Gail J. Standish

~~Holidae Crawford~~ Elisa Quintero          n/a
Deputy Clerk                                  Court Reporter / Recorder

Attorneys Present for Government:       Attorneys Present for Defendant:
           n/a                                          n/a

**Proceedings:**  (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☐   Lack of bail resources

   ☐   Refusal to interview with Pretrial Services

   ☐   No stable residence or employment

   ☐   Previous failure to appear or violations of probation, parole, or release

   ☐   Ties to foreign countries

   ☒   Allegations in petition

   ☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. _____  Date _____

Title    United States v.

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☐ Substance abuse

☐ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.